IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

*Greenbelt Division*

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| COURTNEY KIERMAN ) | |
| ODUM-DUNCAN ) | CASE NO. 13-27936 |
| ) | |
| ) | |
| DEBTOR. ) | |

---

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ) | |
| ASSOCIATION AS TRUSTEE OF ) | |
| DWELLING SERIES IV TRUST, ) | |
| SUCCESSOR IN INTEREST TO ) | |
| NATIONSTAR MORTGAGE ) | |
| MOVANT, ) | |
| V. ) | |
| COURTNEY KIERMAN ) | |
| ODUM-DUNCAN ) | |
| DEBTOR, ) | |
| RESPONDENTS. ) | |

**AMENDED NOTICE OF DEFAULT UNDER DEBTOR'S
AMENDED PLAN OF REORGANIZATION AND ORDER
APPROVING DEBTOR'S AMENDED DISCLOSURE
STATEMENT [DKT. NO 166] AND CONFIRMING
DEBTOR'S AMENDED PLAN OR REORGANIZATION AS
CORRECTED [DKT NO. 165]**

NOTICE IS HEREBY GIVEN by U.S. Bank Trust National Association, as Trustee of

Dwelling Series IV Trust, successor in interest to Nationstar Mortgage ("Creditor") to all

parties in interest that the DEBTOR'S AMENDED PLAN OF REORGANIZATION ("the

Plan"), filed on October 6, 2015 [Doc. 165] and ORDER APPROVING DEBTOR'S

AMENDED DISCLOSURE STATEMENT [DKT. NO 166] AND CONFIRMING

DEBTOR'S AMENDED PLAN OR REORGANIZATION AS CORRECTED [DKT NO.

165] ("the Consent Order") entered January 7, 2016 are in default under the terms of said order, to wit:

Pursuant to the Plan and Consent Order, the Debtor was to maintain the ongoing post-petition payments to Movant for the Property located at 11211 Avalanche Way A Columbia, MD 21044.

WHEREAS Debtor is due for the November 1, 2014 through February 1, 2017 payments in the amount of $1,170.71 each, the March 1, 2017 through November 1, 2017 payments in the amount of $1,186.75 each, the December 1, 2017 through November 1, 2018 payments in the amount of $1,188.05 each, the December 1, 2018 through November 1, 2019 payments in the amount of $1,241.32 each, the December 1, 2019 through October 1, 2020 payments in the amount of $1,243.63 each, prior servicer corporate advances in the amount of $1,538.52, late charges in the amount of $94.64, and less unapplied funds in the amount of $586.88, for a total amount due of $87,339.28. Movant's attorney's fees associated with this Notice are $100.00.

NOTICE IS FURTHER GIVEN that, pursuant to the terms of the Plan and Confirmation Order, the Debtor shall not be deemed to be in default of the provisions of the Plan unless the Debtor fails to cure or fails to take any other affirmative response within twenty (20) days from its uncontested receipt of service, a hearing may be set by the Bankruptcy Court in order to resolve the default if requested by a party in interest.

    /s/ Christopher T. Peck
Christopher T. Peck, Maryland Bar No. 19622
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
cpeck@mtglaw.com
ATTORNEYS FOR MOVANT

## **CERTIFICATE OF SERVICE**

  I HEARBY CERTIFY that on this 29th day of October, 2020, the following person(s) were served a copy of the foregoing Notice in the manner described below:

<u>Via First Class Mail, Postage Prepaid:</u>

Courtney Kiernan Odum-Duncan
11226A Snowflake Court
Columbia, MD 21044

<u>Via CM/ECF:</u>

John Douglas Burns
The Burns Law Firm, LLC
6303 Ivy Lane, Ste. 102
Greenbelt, MD 20770
*Debtor Attorney*

US Trustee - Baltimore, 11
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

                */s/Christopher T. Peck*
                Christopher T. Peck